# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
### Eastern Division

Jesus Sanchez

                              Plaintiff,

v.                                                     Case No.: 1:19–cv–02437

                                                                                 Honorable John F. Kness

The Village of Wheeling, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 16, 2022:

      MINUTE entry before the Honorable Young B. Kim: Defendants' motion for a Rule 35 examination [200] is denied. The court agrees with Plaintiff that there is no controversy as to his "psychological attributes [or] cognitive status," (R. 203 at 2), as of May 2013 in this case. As such, there is no good cause for requiring a Rule 35 examination to investigate the issue of liability. Mailed notice (ec)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.