**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JESÚS SÁNCHEZ, | ) | |
| | ) | No: 1:19-cv-02437 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Judge John F. Kness |
| | ) | |
| THE VILLAGE OF WHEELING, et al., | ) | Magistrate Judge Kim |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S STATEMENT OF ADDITIONAL FACTS**

**INDEX OF EXHIBITS**

1. Defendants' Joint Supplemental Response to Plaintiff's Request to Admit

2. Sketch of the Pleasant Run Courtyard

3. Computer Diagram of the Pleasant Run Courtyard

4. Report of Martin Cortes' Interview

5. Martin Cortes' Map

6. Report of Miguel Cortes' Interview

7. Defendant Bush's Deposition

8. Defendant Pinedo's Deposition

9. Defendant Conway's Report

10. Jesús Sánchez's Deposition

11. Collin Scheffler's Deposition

12. Report of Bradley De Chambre's Interview

13. Heladio Flores' Map

14. Report of Leslie Rubio's Interrogation on May 2, 2013

15. Bryan Estrada's Interrogation Transcript

1

16. Heladio Flores' Testimony, *People v. Sanchez*, 13 CR 10314 (Cir. Ct. of Cook County, Nov. 5, 2014)

17. *People v. Sanchez,* 13 CR 10314 (Cir. Ct. of Cook County), Defense Ex. 3

18. Jesús Sánchez's Interrogation Transcript

19. Defendant Oropeza's Deposition

20. Report of Jesús Sánchez's Second Interrogation

21. Scene Diagram of Jesús Sánchez's car

22. Search Warrant Report for Jesús Sánchez's Car

23. WPD Officer Giltner's Dash Camera Video

24. Defendant Conway's Testimony, *People v. Sanchez*, 13 CR 10314 (Cir. Ct. of Cook County, June 23, 2014)

25. Defendant Conway's Deposition

26. Defendant Chirio's Deposition

27. Defendant Bieschke's Deposition

28. Defendant Bieschke's Scene Report

29. Defendant Oropeza's Testimony in *People v. Sanchez*, 13 CR 10314 (Cir. Ct of Cook County, June 23, 2014) (MTQ)

30. Defendant Oropeza Report for May 1, 2013

31. Defendant Oropeza's Testimony in *People v. Sanchez*, 13 CR 10314 (Cir. Ct of Cook County, Aug. 4, 2014) (MTS)

32. Bryan Estrada's Deposition

33. Defendant Chirio's Report

34. Defendant Pinedo's Report for May 1, 2013

35. Report of Jesús Sánchez's Third Interrogation

36. Defendant Connolly's Deposition

37. WPD Detective Conboy's Deposition

38. WPD Property Control Report

39. Detective Conboy's GSR Report

40. Report of Jesús Sánchez's First Interrogation

41. Wilmette Detective Girard's Deposition

42. NORTAF Activation Report

43. Report of Edgar Uriel Martinez's Interview

44. Defendant Bush's Notes of Martinez's Interview

45. Ex. C of Defendants' Joint Supplemental Response to Plaintiff's Request to Admit

46. Photo of Jesús Sánchez

47. Arrest Report of Jesús Sánchez

48. WPD Officer Hoffman's Report

49. WPD Officer Hoffman's Dash Cam Video

50. WPD Officer Hoffman's Deposition

51. Skokie Police Detective Glad's Notes

52. Report of Jesús Sánchez's Second Interrogation

53. Detective Conboy's PGSR Report

54. Defendant Oropeza's Trial Testimony in *People v. Sanchez*, 13 CR 10314 (Cir. Ct of Cook County, Nov. 6, 2014)

55. Video of Jesús Sánchez's Interrogation admitted in *People v. Sanchez*, 13 CR 10314 (Cir. Ct of Cook County).

56. Map Used in Jesús Sánchez's Interrogation

57. *People v. Sanchez*, 13 CR 10314 (Cir. Ct of Cook County) Defense 12

58. Defendant Bieschke's First Report on Heladio Flores' Interrogation

59. Defendant Bieschke's Testimony in *People v. Sanchez*, 13 CR 10314 (Cir. Ct of Cook County, Nov. 5, 2014)

60. Heladio Flores' Interrogation Transcript

61. Defendant Bieschke Report of Heladio Flores' Third Interrogation

62. Video of Heladio Flores' Interrogation on May 2, 2013

63. Video of Heladio Flores' Interrogation on May 3, 2013

64. Defendant Bieschke's Report on Heladio Flores' Fourth Interrogation

65. Defendant Bieschke' Pond Report

66. Video of Jesús Sánchez's Interrogation on May 2, 2013

67. Detective Bernhardt's Report

68. Map of the Pond Search on May 20 and 21, 2013

69. Matthew Noedel's Report

70. Defendant Bieschke's Report of Bryan Estrada's Interview

71. Detective Levy's Report of Leslie Rubio's May 2nd Interrogation

72. Arrest Report of Leslie Rubio

73. Detective Levy's Report of Leslie Rubio's May 3rd Interrogation

74. Leslie Rubio's Interrogation Transcript, dated May 3, 2013

75. Matt Jones's Report

76. Bradley DeChambre's Interrogation Transcript

77. Detective Stewart's Report on Collin Scheffler's Arrest

78. Detective Girard's Report on Collin Scheffler's Interrogation

79. Collin Scheffler's Interrogation Transcript

80. *People v. Scheffler,* Indictment

81. Defendant's Joint Responses to Plaintiff's Second Set of Requests for Admissions

82. Illinois State Police Reports and other Exhibits

83. *People v. Sanchez,* 13 CR 10314 (Cir. Ct of Cook County), Criminal Complaints

84. *People v. Sanchez*, 13 CR 10314 (Cir. Ct of Cook County), Grand Jury Testimony

85. *People v.* Sanchez, 13 CR 10314 (Cir. Ct of Cook County), Indictment

86. Transcript in *People v. Sanchez*, 13 CR 10314 (Cir. Ct of Cook County, Nov. 6, 2014

87. Impound Order in *People v. Sanchez*, 13 CR 10314 (Cir. Ct. of Cook County)

88. Julie Koehler's Declaration

89. State's Closing Arguments in *People v. Sanchez*, 13 CR 10314 (Cir. Ct. of Cook County, Nov. 7, 2014)

90. Transcript in *People v. Sanchez*, 13 CR 10314 (Cir. Ct of Cook County, Nov. 7 and Dec. 8, 2014)

91. Dr. Richard Leo's Report

92. Jesús Sánchez's Declaration

93. Jesús Sánchez's Motion to Suppress in *People v. Sanchez*, 13 CR 10314 (Cir. Ct of Cook County)

94. Transcript in *People v. Sanchez*, 13 CR 10314 (Cir. Ct of Cook County, Aug. 8, 2014)

95. Collin Scheffler's Amended Motion to Suppress in *People v. Collin Scheffler*, 13 CR 10314 (Cir. Ct. of Cook County)

96. Miguel Cortes' Testimony in *People v. Scheffler,* 13 CR 10314 (Cir. Ct. of Cook County, Sept. 8, 2014)

97. NORTAF May 4 Canvass Report

98. Mistral GSPR Instructions